UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARON MANDEL EVANS,

        Petitioner,

v.

RANDEE REWERTS,

        Respondent.

Case No. 19-cv-10760
Hon. Matthew F. Leitman

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (ECF No. 39)

On November 12, 2025, the Court denied petitioner Daron Mandel's Evans motion to reopen his state prisoner habeas case. (ECF No. 38.) The Court rejected Evans' assertion that Respondent failed to comply with the terms of a writ of habeas corpus requiring it to correct a violation of *Alleyne v. United States*, 570 U.S. 99 (2013), by affording Evans a full resentencing proceeding. (*id.*) Presently before the Court is Evans' motion for reconsideration filed under Federal Rule of Civil Procedure 59(e) and 60(b)(3) and (6). (ECF No. 39.)

Evans' very brief motion seems to incorrectly assert that he was only afforded a *Crosby* hearing instead of a full resentencing, and it notes that one Michigan Supreme Court Justice issued a dissenting opinion in his case. (*Id.* PageID.1790.) Neither assertion warrants relief. As previously explained by the Court, Respondent complied with the conditions of the writ and corrected the *Alleyne* violation by

1

affording Evans a full resentencing proceeding under the advisory version of the Michigan Sentencing Guidelines. (*See* ECF No. 38, PageID.1787-88.)

Accordingly, Petitioner's motion for reconsideration is **DENIED.** The case remains **CLOSED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 21, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2